**Opinion filed September 22, 2016**



### In The

# Eleventh Court of Appeals

_____

## No. 11-16-00040-CV

_____

## JOHN THOMPSON, Appellant

## V.

## GUITAR VETERINARIAN SERVICE, INC., Appellee

**On Appeal from the 35th District Court**
**Brown County, Texas**
**Trial Court Cause No. CV1403091**

### M E M O R A N D U M   O P I N I O N

Appellant has filed in this court an agreed motion to dismiss the appeal. Appellant states that the parties have settled this litigation, and he requests that we dismiss the appeal. Appellant certified that Appellee agreed to the motion. In accordance with Appellant's request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.

September 22, 2016                                        PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.